# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| RAS LAZARUS NAZARI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV418-303 |
| | ) | |
| STATE OF GEORGIA, CITY OF | ) | |
| SAVANNAH, | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

Despite being clearly warned of the consequences of doing so, plaintiff Ras Lazarus has failed to comply with the January 8, 2019[1] deadline for paying his filing fee or applying to proceed *in forma pauperis*. Doc. 2 (notice of filing fee deficiency, requiring plaintiff to take action within 21 days of service or face a recommendation of dismissal). This case should therefore be **DISMISSED** without prejudice. *See* Fed. R. Civ. P. 41(b) (authorizing district courts to dismiss an action for failure to obey

---

[1] In lieu of complying with the Court's order, Nazari filed a verbose, rambling, nonsensical mishmash of statutory excerpts and his own musings in an amended pleading demanding "declaratory relief" from Chatham Superior Court and Judge Michael Karpf. *See* doc. 3. In other words, Nazari knows how to contact the Court to submit necessary filings. He just declined to do so.

a court order); L.R. 41.1(b) & (c) (authorizing district court to dismiss for failure to comply with an order and for lack of prosecution); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992).

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are

advised that failure to timely file objections will result in the waiver of rights on appeal.  11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

 **SO REPORTED AND RECOMMENDED**, this <u>  14th  </u> day of January, 2019.

<u>                                  </u>
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA