# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| RAS LAZARUS NAZARI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV418-303 |
| | ) | |
| STATE OF GEORGIA, CITY OF SAVANNAH, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court recommended that plaintiff's Complaint be dismissed for failure to comply with a Court order because Ras Lazarus Nazari failed to pay his filing fee or move to proceed *in forma pauperis* (IFP). Doc. 4. Plaintiff contends that he did indeed file his application to proceed IFP, and asks that the Court "order a finding of forma pauperis finding and to dismiss the [report and recommendation] for being based on inaccurate information." Doc. 5. But the Court's docket reflects no such filing. Indeed, Nazari filed an Amended Complaint (doc. 3) setting forth a litany of allegations. So he knows how to submit documents to the Court. But no IFP application or filing fee has ever been received.

Crediting plaintiff's contention[1] that he did submit an IFP application, the Court will give him another chance to comply. The Clerk is **DIRECTED** to send, along with service of this Order, another copy of the Court's form IFP application. Nazari must **complete and return** the form **within 14 days of service of this Order** or face the reinstatement of the Court's recommendation of dismissal. Fed. R. Civ. P. 41(b); S.D. Ga. L. R. 41(b) & (c). Absent a showing of good cause, he will not be given a third chance.

**SO ORDERED**, this __31st__ day of January, 2019.

_/s/ Christopher L. Ray_
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Nazari's objection purports to be an "affidavit," whether or not it suffices as one. Lying under oath, either live or "on paper," is illegal. *See, e.g., United States v. Roberts*, 308 F.3d 1147, 1155 (11th Cir. 2002); *Oliver v. County of Chatham*, 2018 WL 1221904 at *7 (S.D. Ga. March 8, 2018); *Irick v. United States*, 2009 WL 2992562 at * 2 (S.D. Ga. Sept. 17, 2009); *see also Colony Ins. Co. v. 9400 Abercorn, LLC*, 866 F. Supp. 2d 1376, 1378 n. 2 (S.D. Ga. 2012).