# United States District Court
## Southern District of Georgia

BRUCE TOWNSEND, aka RAS LAZARUS NAZARI,

Plaintiff,

v.

STATE OF GEORGIA, and CITY OF SAVANNAH,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:18-cv-303

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated March 1, 2019, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court, Plaintiff's Complaint is dismissed. This action stands closed.

Approved by: _____

March 7, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk