# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| RAS LAZARUS NAZARI, | |
| Plaintiff – Appellant, | CIVIL ACTION NO.: 4:18-cv-303 |
| v. | (USCA No. 19-10933) |
| STATE OF GEORGIA; and CITY OF SAVANNAH, | |
| Defendants – Appellees. | |

## O R D E R

The appeal in the above-styled action having been dismissed, for want of prosecution by the United States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Judgment of this Court.

**SO ORDERED**, this 7th day of June, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA